FILED
10/18/21 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-21936-GLT |
| Richard Plazio ) | |
| Melissa M. Plazio ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Document No. 29 and 42 |

### CONSENT ORDER MODIFYING DECEMBER 5, 2019 ORDER

AND NOW, this ___18th___ day of ___October___, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated December 5, 2019 it is

ORDERED that Part "1.H." be amended to add the following: The claim of PNC Bank, NA (Claim #16) shall govern as paid in full. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The December 5, 2019 order otherwise remains in full force and effect.
Counsel shall serve a copy of this Consent Order on all parties listed on the Clerk's Office Mailing Matrix and file proof of service.

Dated: 10/18/21

_____
Gregory  Taddonio  hct
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Paul McElrath, Jr
Paul McElrath, Jr., Esquire (PA I.D. #86220)
Attorney for the debtor
1641 Saw Mill Run Blvd
Pittsburgh PA 15210
412-765-3606
ecf@mcelrathlaw.com

/s/ Maria D. Miksich
Maria D. Miksich, Esquire
Attorney for PNC Bank
KML Law Group, P.C.
701 Market Street, Ste 5000
Philadelphia, PA  19106
412-430-3589
mmiksich@kmllawgroup.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 19-21936-GLT
Richard Plazio                                                                       Chapter 13
Melissa M Plazio
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Plazio, Melissa M Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence W. Willis | on behalf of Debtor Richard Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Melissa M Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PNC Bank N.A. mmiksich@kmllawgroup.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Oct 18, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7