FILED
10/28/21 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Richard Plazio and** | : | Case No. 19-21936-GLT |
| **Melissa M. Plazio,** | : | |
| | : | **Chapter 13** |
| **Debtors** | : | |

*********************************************************************

| | | |
|---|---|---|
| **Richard Plazio and** | : | |
| **Melissa M. Plazio,** | : | |
| | : | Related to Docket No. 46 |
| **Movants** | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| **Ronda J. Winnecour, Esquire /** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the [MOTION OF THE DEBTOR FOR POSTPETITION FINANCING] [Dkt. No. 46] ("Motion") filed by Debtor on October 27, 2021. The motion was filed as a Consent Motion. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion at Docket Number 46 is **GRANTED** as provided by the terms of this Order. Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing **shall not exceed $25,000.00;** and

    (b) The monthly payments made under the financing agreement **shall not exceed $450.00.**

    (c) The interest rate **shall not exceed 20%.**

2. To the extent that the Debtor secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtor shall file:

      (a) An amended chapter 13 plan; and

      (b) A report of financing, including details of automobile, if applicable.

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Upon the filing of the report of financing, including details of automobile, if applicable, the chapter 13 trustee is authorized to cease making payments to the prepetition automobile lender, on the account of (PNC Bank-2017 Dodge 2500), if applicable. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

5. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the creditor.

6. Debtor shall serve copies of this Order on all creditors eligible to receive distributions through the chapter 13 plan and filed proof of the same with the Court.

Prepared by: Lawrence W. Willis, Esquire

Dated: October 28, 2021

BY THE COURT:

_____
Gregory L. Taddonio,    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard Plazio  
Melissa M Plazio  
    Debtors

Case No. 19-21936-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Plazio, Melissa M Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence W. Willis | on behalf of Debtor Richard Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Melissa M Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PNC Bank N.A. mmiksich@kmllawgroup.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Oct 28, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7