IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard Plazio | : | Bankruptcy No. 19-21936-GLT |
| And | : | |
| Melissa M Plazio | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Claim No. 6-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
|             v. | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
        2001 Western Ave,
        Suite 400
        Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA  30097
        Phone: 470-321-7112

        (Payments) Consumer Payment Processing
        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        PO Box 272310
        Boca Raton, FL  33427

Phone: 561-241-6901
Dated: November 18, 2021

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                Attorney for Secured Creditor
                10700 Abbott's Bridge Rd., Suite 170
                Duluth, GA  30097
                Telephone: (470) 321-7112
                By: /s/ Charles G. Wohlrab
                Charles G. Wohlrab, Esquire
                PA Bar Number:  314532
                Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 19, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Richard Plazio
1103 Palamino Dr
Vandergrift, PA 15690

Melissa M Plazio
1103 Palamino Dr
Vandergrift, PA 15690

And via electronic mail to:

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/Tan-Asia D. Council