FILED
1/19/22 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Richard Plazio | ) | Case No. 19-21936-GLT |
|    Melissa M. Plazio | ) | |
| | ) | Chapter 13 |
| | ) | |
|    Debtor(s). | ) | Related to Doc. Nos. 53 & 56  and 58 |
| | X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    The Trustee

❑    a motion to lift stay
        as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated December 13, 2021_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $3,250.00 to $3,412.00 per month, effective January 2022; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>The claim of PNC Bank NA (Claim #16) shall govern.</u>_____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this  19th day of  January       , 2022

_____
United States Bankruptcy Judge

Stipulated by:                                          Stipulated by:

/s/ Lawrence W. Willis                                  /s/ Katherine DeSimone
Lawrence W. Willis, Esquire                             Katherine DeSimone (PA I.D. #42575)
PA I.D. #85229                                          Attorney for Trustee
Attorney for debtor                                     Office of the Chapter 13 Trustee
Willis & Associates                                     U.S. Steel Tower – Suite 3250
201 Penn Center Blvd Suite 310                          600 Grant Street
Pittsburgh, PA  15235                                   Pittsburgh PA 15219
help@westernpabankruptcy.com                            kdesimone@chapter13trusteewdpa.com


Stipulated by:

/s/ Brian C Nicholas
Brian C. Nicholas, Esquire
Attorney for PNC Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
bnicholas@kmllawgroup.com


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard Plazio  
Melissa M Plazio  
    Debtors

Case No. 19-21936-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Jan 19, 2022      Form ID: pdf900      Total Noticed: 80

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Plazio, Melissa M Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |
| cr | + | Farmers National Bank of Emlenton, 612 Main St, PO Drawer D, Emlenton, PA 16373-0046 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15051053 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15066702 | | Farmers National Bank of Emlenton, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| 15066704 | + | Greater Pittsburgh Orthopedics, 5820 Centre Ave, Pittsburgh, PA 15206-3710 |
| 15051068 | + | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15051070 | + | Hsbc/scusa, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 15066714 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15051096 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15066731 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15088125 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15088126 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15051098 | | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15051099 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15051100 | + | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2022 23:39:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 19 2022 23:39:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 19 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15051050 | + | Email/Text: backoffice@affirm.com | Jan 19 2022 23:37:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15051051 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 19 2022 23:36:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15051052 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 23:39:11 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15051054 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 19 2022 23:36:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15051055 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:11 | Best Buy/cbna, 50 Northwest Point Road, Elk |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: pdf900 | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| 15051056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | Grove Village, IL 60007-1032 |
| | | | Jan 19 2022 23:39:10 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15084109 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 23:39:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052011 | + | Email/Text: bankruptcy@cavps.com | Jan 19 2022 23:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15091598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:18 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15051057 | + | Email/Text: bankruptcy@clearviewfcu.org | Jan 19 2022 23:36:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15051058 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:36:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15051059 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:36:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15051060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:36:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15051061 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:36:00 | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15066698 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 19 2022 23:36:00 | Credit Management Co, 2121 Noblestown Rd, PO BOx 16346, Pittsburgh, PA 15242-0346 |
| 15051062 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2022 23:39:11 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15051073 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:11 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15091186 | | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2022 23:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15052995 | | Email/Text: mrdiscen@discover.com | Jan 19 2022 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15051063 | + | Email/Text: mrdiscen@discover.com | Jan 19 2022 23:36:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15051064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:11 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051066 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 19 2022 23:39:11 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15051067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:11 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051069 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2022 23:36:00 | Hsbc Auto, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15051071 | + | Email/Text: processing@keybridgemed.com | Jan 19 2022 23:36:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15051072 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2022 23:36:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15091677 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2022 23:39:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15051074 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2022 23:39:11 | Merrick Bank, Po Box 1500, Draper, UT 84020-1127 |
| 15051075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2022 23:39:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15089537 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 23:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH |

Case 19-21936-GLT    Doc 60    Filed 01/21/22    Entered 01/22/22 00:28:29    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: pdf900 | Total Noticed: 80 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 44101 |
| 15051077 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 23:36:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15051078 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 23:36:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15091182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2022 23:39:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15187446 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2022 23:39:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15066711 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:15 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15051079 | + Email/Text: bkrpt1019@hotmail.com | Jan 19 2022 23:36:00 | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15086454 | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2022 23:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15086455 | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2022 23:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15051080 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:18 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051081 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:15 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15051082 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15051083 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:21 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15051084 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15051085 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:16 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15051086 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:15 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15051087 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15051088 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15051089 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:15 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15051090 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15051091 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:21 | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15051092 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15051093 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:15 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15051094 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:21 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15088502 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15051689 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:39:10 | Synchrony Bank, c/o of PRA Receivables |

| Recip ID | Bypass Reason | Email/Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087555 | + | Email/Text: bncmail@w-legal.com | Jan 19 2022 23:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15051095 | + | Email/Text: jaxbanko@td.com | Jan 19 2022 23:36:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15051097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 23:39:11 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066730 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 19 2022 23:36:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15084861 | + | Email/Text: RASEBN@raslg.com | Jan 19 2022 23:36:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15051101 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 19 2022 23:36:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| 15051065 | | Farmers Natl Bk Emlent |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 15066686 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15066687 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15066688 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15066689 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15066690 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15066691 | *+ | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15066692 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15066693 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15066694 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15066695 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15066696 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15066697 | *+ | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15066699 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15066708 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15066700 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15066701 | *+ | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066703 | *+ | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066705 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15066706 | *+ | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15066707 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15066709 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15066710 | *+ | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15066712 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15066713 | *+ | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15066715 | *+ | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066716 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15066717 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15066718 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15066719 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15066720 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15066721 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15066722 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| 15066723 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15066724 | *+ | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15066725 | *+ | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15066726 | *+ | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15066727 | *+ | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15066728 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15066729 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066732 | * | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15066733 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15066734 | *+ | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15051076 | ##+ | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |

TOTAL: 2 Undeliverable, 43 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2022                                  Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Lawrence W. Willis | on behalf of Debtor Richard Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Melissa M Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PNC Bank  N.A. mmiksich@kmllawgroup.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us  scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8