**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Richard Plazio and Melissa M. Plazio, | : | Chapter 13 |
| Movants | : | Bankruptcy No. 19-21936-GLT |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 66 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | October 12, 2022 at 1:00 pm |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

**<u>AMENDED ORDER</u>**

**AND NOW**, this _____ day of _____, <u>2022</u>, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $4,750.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $4,750.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $**8,750.00**.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for.  The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

_____
Hon. Gregory L. Taddonio
United States Bankruptcy Judge