IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard Plazio and ) | Bankruptcy No. 19-21936-GLT |
| Melissa M. Plazio ) | Chapter 13 |
| Debtors ) | Related to Document No. 69 - 70 |
| ) | |
| Richard Plazio, ) | Hearing Date and Time: |
| ) | October 12, 2022 at 1:30 PM |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION TO EMPLOY COUNSEL FOR MOVANT**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Counsel for Movant filed on September 2, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Counsel for Movant appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Counsel for Movant were to be filed and served no later than September 19, 2022.

    It is hereby respectfully requested that the Order attached to the Application to Employ Counsel for Movant be entered by the Court.

                                     Respectfully submitted,

September 20, 2022             /s/ Lauren M. Lamb
Date:                                 Lauren M. Lamb, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      2830 Gulf Tower
                                      707 Grant Street
                                      Pittsburgh, PA  15219
                                      (412) 391-8000
                                      PA I. D. No. 209201
                                      llamb@steidl-steinberg.com