# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard Plazio and Melissa M. Plazio,<br>　　　Debtor(s) | Bankruptcy No. 19-21936-GLT<br><br>Chapter 13 |
| Melissa M. Plazio,<br>　　　Movant(s) | Document No. 71 |
| vs. | |
| No Respondents | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO SEVER CASE OF MELISSA M. PLAZIO

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 2, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 20, 2022

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 21, 2022　　　　　　　/s/ Corey J. Sacca_____
　　　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esquire
　　　　　　　　　　　　　　　　　　　　PA ID 306741
　　　　　　　　　　　　　　　　　　　　Bononi & Company, P.C.
　　　　　　　　　　　　　　　　　　　　20 North Pennsylvania Ave.
　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　724-832-2499
　　　　　　　　　　　　　　　　　　　　csacca@bononilaw.com

**PAWB Local Form 25 (07/13)**