IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard Plazio, | ) | Bankruptcy No. 19-21936-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| Richard Plazio, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Affirm, Inc., Amex, Bank of America, Barclays Bank Delaware, Best Buy/CBNA Capital One Bank USA N, Capital One, N.A., Cavalry SPV I, LLC, Citibank, N.A., Clearview Federal CU, Comenity Bank Peebles, Comenity Bank/Victoria, ComenityCB/HSN, ComenityCB/Serta, Credit Management Co, Credit One Bank NA, Department Stores National Bank, Discover Bank, Discover Fin Svcs LLC, Exxnmobil/CBNA, First Premier Bank, Goodyear Tire/CBNA, Greater Pittsburgh Orthopedics, GS Bank USA, HSBC Auto, HSBC/SCUSA, Key Bridge, Kohls/CapOne, LVNV Funding LLC, DSNB Macys S, Merrick Bank, Merrick Bank Corp, Northwest Consumer Disc, PNC Bank Retail Lending, PRA Receivables Management LLC, Pay Pal Credit, Pennsylvania Department of Revenue, Peoples Natural Gas Company LLC, Portfolio Recovery Associates LLC, Preferred Auto Credit, Quantum3 Group LLC, Quest Diagnostics, Sunoco/CBNA, Syncb/Amazon, Syncb/Amer Eagle, Syncb/Care Credit, Syncb/JCP, Sync/Levin, Syncb/Lowes, Syncb/Sams, Syncb/Sams Club, Syncb/Sams Club DC, Syncb/Score Rewards, Syncb/Toys, Syncb/ToysRUs, Syncb/Walmart, Syncb/Walmart DC, Synchrony Bank, TD Bank USA, N.A., TD Auto Finance, TD Bank USA/TargetCred, THD/CBNA, Transword Systems, UPMC, UPMC Health Services, UPMC Physician Services, USAA Federal Savings Bank, Webbank/Fingerhut, Lawrence W. Willis and Ronda J. Winnecour, Trustee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents | ) | |

# **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on October 20, 2022, a true and correct copy of the *Amended Chapter 13 Plan dated October 17, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

| | |
|---|---|
| Date of Service: October 20, 2022 | /s/ Lauren M. Lamb <br> Lauren M. Lamb, Esquire <br> Attorney for the Debtor <br> STEIDL & STEINBERG <br> 707 Grant Street <br> Suite 2830, Gulf Tower <br> Pittsburgh, PA 15219 <br> (412) 391-8000 <br> llamb@steidl-steinberg.com <br> PA I.D. No. 209201 |

```
Label Matrix for local noticing      Affirm Inc                             Ally Financial
0315-2                               650 California St Fl 12                200 Renaissance Ctr # B0
Case 19-21936-GLT                    San Francisco, CA 94108-2716           Detroit, MI 48243-1300
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Oct 20 08:20:43 EDT 2022

Amex                                 Bank Of America                        Barclays Bank Delaware
Po Box 297871                        Po Box 982238                          P.o. Box 8803
Fort Lauderdale, FL 33329-7871       El Paso, TX 79998-2238                 Wilmington, DE 19899-8803


Best Buy/cbna                        Capital One Bank Usa N                 Capital One, N.A.
50 Northwest Point Road              Po Box 30281                           c/o Becket and Lee LLP
Elk Grove Village, IL 60007-1032     Salt Lake City, UT 84130-0281          PO Box 3001
                                                                            Malvern PA 19355-0701


Cavalry SPV I, LLC                   Citibank, N.A.                         Clearview Federal Cu
500 Summit Lake Dr., Ste 400         701 East 60th Street North             8805 University Blvd
Valhalla, NY 10595-2321              Sioux Falls, SD 57104-0432             Coraopolis, PA 15108-4212


Comenity Bank/peebles                Comenitybank/victoria                  Comenitycb/hsn
Po Box 182789                        Po Box 182789                          Po Box 182120
Columbus, OH 43218-2789              Columbus, OH 43218-2789                Columbus, OH 43218-2120


Comenitycb/serta                     Credit Management Co                   Credit One Bank Na
Po Box 182120                        2121 Noblestown Rd                     Po Box 98872
Columbus, OH 43218-2120              PO BOx 16346                           Las Vegas, NV 89193-8872
                                     Pittsburgh, PA 15242-0346


Department Stores National Bank      Discover Bank                          Discover Fin Svcs Llc
c/o Quantum3 Group LLC               Discover Products Inc                  Pob 15316
PO Box 657                           PO Box 3025                            Wilmington, DE 19850-5316
Kirkland, WA  98083-0657             New Albany, OH  43054-3025


Exxnmobil/cbna                       Farmers National Bank of Emlenton      Farmers National Bank of Emlenton
Po Box 6497                          612 Main St                            612 Main Street, Drawer D
Sioux Falls, SD 57117-6497           PO Drawer D                            Emlenton, PA 16373
                                     Emlenton, PA 16373-0046


First Premier Bank                   Goodyear Tire/cbna                     Greater Pittsburgh Orthopedics
3820 N Louise Ave                    Po Box 6497                            5820 Centre Ave
Sioux Falls, SD 57107-0145           Sioux Falls, SD 57117-6497             Pittsburgh, PA 15206-3710


Gs Bank Usa                          Hsbc Auto                              Hsbc/scusa
Po Box 45400                         Po Box 961245                          5201 Rufe Snow Dr
Salt Lake City, UT 84145-0400        Fort Worth, TX 76161-0244              North Richland Hills, TX 76180-6036
```

| | | |
|---|---|---|
| Key Bridge<br>2348 Baton Rouge<br>Lima, OH 45805-1167 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Merrick Bank<br>Po Box 1500<br>Draper, UT 84020-1127 |
| Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Northwest Consumer Dis<br>Po Box 164<br>Natrona Heights, PA 15065-0164 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pay Pal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Richard Plazio<br>1103 Palamino Dr<br>Vandergrift, PA 15690-9600 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Preferred Auto Credit<br>1019 Lawrence Ave<br>Ellwood City, PA 16117-1851 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>P.O. Box 740717<br>Cincinnati, OH 45274-0717 | Michael W. Sloat<br>Lynn, King & Schreffler<br>606 Main Street<br>Emlenton, PA 16373 |
| Sunoco/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Syncb/amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb/amer Eagle<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/levin<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |

| | | |
|---|---|---|
| Syncb/lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb/sams<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/score Rewards<br>P.o. Box 965005<br>Orlando, FL 32896-5005 | Syncb/toys<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/toysrus<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Syncb/walmart Dc<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Transworld Systems<br>PO Box 15273<br>Wilmington, DE 19850-5273 | UPMC<br>PO Box 371842<br>Pittsburgh, PA 15250-7842 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S<br>11101 West 120th Ave<br>Suite 280<br>Broomfield, CO 80021-2756 | USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |
| Usaa Federal Savings B<br>Pob 47504<br>San Antonio, TX 78265 | Usaa Savings Bank<br>10750 Mcdermott<br>San Antonio, TX 78288-1600 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265 |
| S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235-5407 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Charles Griffin Wohlrab<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Macys/dsnb
Po Box 8218
Mason, OH 45040

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

(d)Pnc Bank
Po Box 3180
Pittsburgh, PA 15230

(d)Pnc Mortgage
Po Box 8703
Dayton, OH 45401

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

(u)Farmers Natl Bk Emlent

(u)PNC Bank, N.A.

End of Label Matrix
Mailable recipients    88
Bypassed recipients     3
Total                  91