IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard Plazio, | ) | Bankruptcy No. 19-21936-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Richard Plazio, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 22, 2022, a true and correct copy of the *Order of Court Converting Case Under Chapter 13 to Case Under Chapter 7* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.


Date of Service: November 22, 2022      /s/ Lauren M. Lamb
                                                             Lauren M. Lamb, Esquire
                                                             Attorney for the Debtor
                                                             STEIDL & STEINBERG
                                                             707 Grant Street
                                                             Suite 2830, Gulf Tower
                                                             Pittsburgh, PA 15219
                                                             (412) 391-8000
                                                             llamb@steidl-steinberg.com
                                                             PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-21936-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Nov 22 08:33:22 EST 2022 | Affirm Inc<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 | Ally Financial<br>200 Renaissance Ctr # B0<br>Detroit, MI 48243-1300 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 |
| Best Buy/cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry SPV I, LLC<br>500 Summit Lake Dr., Ste 400<br>Valhalla, NY 10595-2321 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Clearview Federal Cu<br>8805 University Blvd<br>Coraopolis, PA 15108-4212 |
| Comenity Bank/peebles<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitybank/victoria<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitycb/hsn<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Comenitycb/serta<br>Po Box 182120<br>Columbus, OH 43218-2120 | Credit Management Co<br>2121 Noblestown Rd<br>PO BOx 16346<br>Pittsburgh, PA 15242-0346 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Pob 15316<br>Wilmington, DE 19850-5316 |
| Exxnmobil/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Farmers National Bank of Emlenton<br>612 Main St<br>PO Drawer D<br>Emlenton, PA 16373-0046 | Farmers National Bank of Emlenton<br>612 Main Street, Drawer D<br>Emlenton, PA 16373 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Goodyear Tire/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Greater Pittsburgh Orthopedics<br>5820 Centre Ave<br>Pittsburgh, PA 15206-3710 |
| Gs Bank Usa<br>Po Box 45400<br>Salt Lake City, UT 84145-0400 | Hsbc Auto<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Hsbc/scusa<br>5201 Rufe Snow Dr<br>North Richland Hills, TX 76180-6036 |

```
Key Bridge                        Kohls/capone                      LVNV Funding LLC
2348 Baton Rouge                  N56 W 17000 Ridgewood Dr          PO Box 10587
Lima, OH 45805-1167               Menomonee Falls, WI 53051-7096    Greenville, SC 29603-0587


Lauren M. Lamb                    (p)DSNB MACY S                    Merrick Bank
Steidl & Steinberg                CITIBANK                          Po Box 1500
707 Grant Street                  1000 TECHNOLOGY DRIVE MS 777      Draper, UT 84020-1127
28th Floor - Gulf Tower           O FALLON MO 63368-2222
Pittsburgh, PA 15219-1908


Merrick Bank Corp                 Brian Nicholas                    Northwest Consumer Dis
Po Box 9201                       KML Law Group, P.C.               Po Box 164
Old Bethpage, NY 11804-9001       701 Market Street                 Natrona Heights, PA 15065-0164
                                  Suite 5000
                                  Philadelphia, PA 19106-1541


Office of the United States Trustee   (p)PNC BANK RETAIL LENDING    PRA  Receivables Management LLC
Liberty Center.                   P O BOX 94982                     POB 41067
1001 Liberty Avenue, Suite 970    CLEVELAND OH 44101-4982           Norfolk, VA 23541-1067
Pittsburgh, PA 15222-3721


PRA Receivables Management, LLC   Pay Pal Credit                    Pennsylvania Department of Revenue
PO Box 41021                      PO Box 71202                      Bankruptcy Division
Norfolk, VA 23541-1021            Charlotte, NC 28272-1202          P.O. Box 280946
                                                                    Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue     Peoples Natural Gas Company LLC   Richard Plazio
Department 280946                 c/o S. James Wallace, P.C.        1103 Palamino Dr
P.O. Box 280946                   845 N. Lincoln Ave.               Vandergrift, PA 15690-9600
ATTN: BANKRUPTCY DIVISION         Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Preferred Auto Credit        Quantum3 Group LLC as agent for
PO BOX 41067                      1019 Lawrence Ave                 Comenity Bank
NORFOLK VA 23541-1067             Ellwood City, PA 16117-1851       PO Box 788
                                                                    Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for   Quest Diagnostics                 Michael W. Sloat
Comenity Capital Bank             P.O. Box 740717                   Lynn, King & Schreffler
PO Box 788                        Cincinnati, OH 45274-0717         606 Main Street
Kirkland, WA  98083-0788                                            Emlenton, PA 16373


Sunoco/cbna                       Syncb/amazon                      Syncb/amer Eagle
Po Box 6497                       Po Box 965015                     Po Box 965005
Sioux Falls, SD 57117-6497        Orlando, FL 32896-5015            Orlando, FL 32896-5005


Syncb/care Credit                 Syncb/jcp                         Syncb/levin
C/o Po Box 965036                 Po Box 965007                     C/o Po Box 965036
Orlando, FL 32896-0001            Orlando, FL 32896-5007            Orlando, FL 32896-0001
```

Syncb/lowes
Po Box 956005
Orlando, FL 32896-0001

Syncb/sams
Po Box 965005
Orlando, FL 32896-5005

Syncb/sams Club
Po Box 965005
Orlando, FL 32896-5005

Syncb/sams Club Dc
Po Box 965005
Orlando, FL 32896-5005

Syncb/score Rewards
P.o. Box 965005
Orlando, FL 32896-5005

Syncb/toys
Po Box 965005
Orlando, FL 32896-5005

Syncb/toysrus
Po Box 965005
Orlando, FL 32896-5005

Syncb/walmart
Po Box 965024
Orlando, FL 32896-5024

Syncb/walmart Dc
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333-9223

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Transworld Systems
PO Box 15273
Wilmington, DE 19850-5273

UPMC
PO Box 371842
Pittsburgh, PA 15250-7842

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S
11101 West 120th Ave
Suite 280
Broomfield, CO 80021-2756

USAA Federal Savings Bank
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

Usaa Federal Savings B
Pob 47504
San Antonio, TX 78265

Usaa Savings Bank
10750 Mcdermott
San Antonio, TX 78288-1600

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

S. James Wallace
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753

Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235-5407

Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097-8461

Charles O. Zebley Jr.
P.O. Box 2124
Uniontown, PA 15401-1724

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Macys/dsnb<br>Po Box 8218<br>Mason, OH 45040 | PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | (d)Pnc Bank<br>Po Box 3180<br>Pittsburgh, PA 15230 |
| (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (u)Farmers Natl Bk Emlent | (u)PNC Bank, N.A. |

End of Label Matrix
Mailable recipients    88
Bypassed recipients     3
Total                  91