| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Richard Plazio<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0919<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: 13    5/11/19 |
| Case number: | 19–21936–GLT | Date case converted to chapter: 7    11/18/22 |

Official Form 309B (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set       10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Plazio | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1103 Palamino Dr<br>Vandergrift, PA 15690 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br>Email: COZ@Zeblaw.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**       page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/21/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 20, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**      **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/21/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/27/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard Plazio  
    Debtor

Case No. 19-21936-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6  
Date Rcvd: Nov 21, 2022      Form ID: 309B      Total Noticed: 91

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Lauren M. Lamb, Steidl & Steinberg, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA 15219-1908 |
| aty | | Michael W. Sloat, Lynn, King & Schreffler, 606 Main Street, Emlenton, PA 16373 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| cr | + | Farmers National Bank of Emlenton, 612 Main St, PO Drawer D, Emlenton, PA 16373-0046 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15066702 | | Farmers National Bank of Emlenton, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| 15066704 | + | Greater Pittsburgh Orthopedics, 5820 Centre Ave, Pittsburgh, PA 15206-3710 |
| 15051070 | + | Hsbc/scusa, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 15051076 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15066714 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15066731 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Nov 21 2022 23:58:00 | Charles Griffin Wohlrab, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| aty | | Email/Text: ecf@westernpabankruptcy.com | Nov 21 2022 23:58:00 | Lawrence W. Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| smg | | EDI: PENNDEPTREV | Nov 22 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 22 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2022 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 21 2022 23:58:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |

Case 19-21936-GLT    Doc 102    Filed 11/23/22    Entered 11/24/22 00:27:28    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: 309B | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: PRA.COM | Nov 22 2022 04:53:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | + EDI: RECOVERYCORP.COM | Nov 22 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | + Email/Text: ebnpeoples@grblaw.com | Nov 21 2022 23:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15051050 | | + Email/Text: backoffice@affirm.com | Nov 21 2022 23:58:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15051051 | | + EDI: GMACFS.COM | Nov 22 2022 04:53:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15051052 | | + Email/PDF: bncnotices@becket-lee.com | Nov 21 2022 23:57:13 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15051053 | | + EDI: BANKAMER.COM | Nov 22 2022 04:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15051054 | | + EDI: TSYS2 | Nov 22 2022 04:53:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15051055 | | + EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15051056 | | + EDI: CAPITALONE.COM | Nov 22 2022 04:53:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15084109 | | Email/PDF: bncnotices@becket-lee.com | Nov 21 2022 23:57:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052011 | | + Email/Text: bankruptcy@cavps.com | Nov 21 2022 23:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15091598 | | + EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15051057 | | + Email/Text: bankruptcy@clearviewfcu.org | Nov 21 2022 23:58:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15051058 | | + EDI: WFNNB.COM | Nov 22 2022 04:53:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15051059 | | + EDI: WFNNB.COM | Nov 22 2022 04:53:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15051060 | | + EDI: WFNNB.COM | Nov 22 2022 04:53:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15051061 | | + EDI: WFNNB.COM | Nov 22 2022 04:53:00 | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15066698 | | + Email/Text: bdsupport@creditmanagementcompany.com | Nov 21 2022 23:58:00 | Credit Management Co, 2121 Noblestown Rd, PO BOx 16346, Pittsburgh, PA 15242-0346 |
| 15051062 | | + Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2022 23:57:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15051073 | | + EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15091186 | | EDI: Q3G.COM | Nov 22 2022 04:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15052995 | | EDI: DISCOVER.COM | Nov 22 2022 04:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15051063 | | + EDI: DISCOVER.COM | Nov 22 2022 04:53:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15051064 | | + EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15051066 | + | EDI: AMINFOFP.COM | Nov 22 2022 04:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15051067 | + | EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051068 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 21 2022 23:58:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15051069 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2022 23:58:00 | Hsbc Auto, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15051071 | + | Email/Text: processing@keybridgemed.com | Nov 21 2022 23:58:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15051072 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2022 23:58:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15091677 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2022 23:57:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15051074 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 23:57:03 | Merrick Bank, Po Box 1500, Draper, UT 84020-1127 |
| 15051075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 23:57:03 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15089537 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2022 23:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15051077 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2022 23:58:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15051078 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2022 23:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15091182 | | EDI: PRA.COM | Nov 22 2022 04:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15187446 | | EDI: PRA.COM | Nov 22 2022 04:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15066711 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15051079 | + | Email/Text: bkrpt1019@hotmail.com | Nov 21 2022 23:58:00 | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15086454 | | EDI: Q3G.COM | Nov 22 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15086455 | | EDI: Q3G.COM | Nov 22 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15051080 | + | EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051081 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15051082 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15051083 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15051084 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15051085 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15051086 | + | EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 15051087 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15051088 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15051089 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15051090 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15051091 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15051092 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15051093 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15051094 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15088502 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15051689 | + EDI: RMSC.COM | Nov 22 2022 04:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087555 | + Email/Text: bncmail@w-legal.com | Nov 21 2022 23:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15051095 | + EDI: LCITDAUTO | Nov 22 2022 04:53:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15051096 | + EDI: WTRRNBANK.COM | Nov 22 2022 04:53:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15051097 | + EDI: CITICORP.COM | Nov 22 2022 04:53:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066730 | + Email/Text: bankruptcydepartment@tsico.com | Nov 21 2022 23:58:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15088125 | ^ MEBN | Nov 21 2022 23:51:13 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15088126 | ^ MEBN | Nov 21 2022 23:51:11 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15084861 | + Email/Text: RASEBN@raslg.com | Nov 21 2022 23:58:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15051098 | EDI: USAA.COM | Nov 22 2022 04:53:00 | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15051099 | EDI: USAA.COM | Nov 22 2022 04:53:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15051100 | + EDI: USAA.COM | Nov 22 2022 04:53:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15051101 | + EDI: BLUESTEM | Nov 22 2022 04:58:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 79

Case 19-21936-GLT   Doc 102   Filed 11/23/22   Entered 11/24/22 00:27:28   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: 309B | Total Noticed: 91 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| 15051065 | | Farmers Natl Bk Emlent |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 15066686 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15066687 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15066688 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15066689 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15517823 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15066690 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15517824 | *+ | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15066691 | *+ | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15517825 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15066692 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15066693 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15066694 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15066695 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15066696 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15066697 | *+ | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15066699 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15066708 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15066700 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15066701 | *+ | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066703 | *+ | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066705 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15066706 | *+ | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15066707 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15066709 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15066710 | *+ | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15066712 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15066713 | *+ | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15066715 | *+ | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066716 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15066717 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15066718 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15066719 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15066720 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15066721 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15066722 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15066723 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15066724 | *+ | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15066725 | *+ | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15066726 | *+ | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15066727 | *+ | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15066728 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15066729 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066732 | * | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15066733 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15066734 | *+ | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15066735 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: Nov 21, 2022 | Form ID: 309B | Total Noticed: 91 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Corey J. Sacca | on behalf of Debtor Melissa M Plazio csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Lauren M. Lamb | on behalf of Debtor Richard Plazio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lawrence W. Willis | on behalf of Debtor Richard Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PNC BANK N.A. mmiksich@kmllawgroup.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10