**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD PLAZIO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-21936 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/11/2019 and confirmed on 07/24/2019. The case was subsequently   (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 124,327.00 |
| Less Refunds to Debtor | 5.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,321.99 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,101.00 | |
|   Trustee Fee | 5,807.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,908.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   FARMERS NATIONAL BANK | 0.00 | 33,110.15 | 0.00 | 33,110.15 |
|     Acct: 8940 | | | | |
|   FARMERS NATIONAL BANK | 898.49 | 898.49 | 0.00 | 898.49 |
|     Acct: 8940 | | | | |
|   USAA FEDERAL SAVINGS BANK | 0.00 | 17,482.16 | 0.00 | 17,482.16 |
|     Acct: 5649 | | | | |
|   PNC BANK NA | 16,780.56 | 16,780.56 | 0.00 | 16,780.56 |
|     Acct: 7264 | | | | |
|   PNC BANK NA | 26,722.95 | 19,043.04 | 2,087.45 | 21,130.49 |
|     Acct: 3614 | | | | |
|   PNC BANK NA | 578.64 | 578.64 | 0.00 | 578.64 |
|     Acct: 7264 | | | | |
| | | | | 89,980.49 |
| Priority | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD PLAZIO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RICHARD PLAZIO | 5.01 | 5.01 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 4,750.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX1/22 | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY BANK(*) | 0.00 | 3,874.58 | 0.00 | 3,874.58 |
| Acct: 4959 | | | | |
| | | | | 3,874.58 |
| **Unsecured** | | | | |
| LYNN KING & SCHREFFLER PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFFIRM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KZ68 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1264 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0603 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8662 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,219.62 | 1,181.02 | 0.00 | 1,181.02 |
| Acct: 4500 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,016.43 | 1,106.48 | 0.00 | 1,106.48 |
| Acct: 0632 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,428.48 | 523.99 | 0.00 | 523.99 |
| Acct: 9296 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 878.00 | 322.06 | 0.00 | 322.06 |
| Acct: 4961 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8562 | | | | |
| CLEARVIEW FCU** | 3,288.37 | 1,206.23 | 0.00 | 1,206.23 |
| Acct: 8529 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 742.80 | 272.47 | 0.00 | 272.47 |
| Acct: 6673 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1845 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8994 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 2,109.94 | 773.96 | 0.00 | 773.96 |
| Acct: 8234 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5867 | | | | |
| DISCOVER BANK(*) | 2,367.14 | 868.31 | 0.00 | 868.31 |
| Acct: 1169 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 308.25 | 107.44 | 0.00 | 107.44 |
| Acct: 1551 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,216.53 | 446.25 | 0.00 | 446.25 |
| Acct: 5976 | | | | |
| GREATER PITTSBURGH ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6567 | | | | |

| 19-21936 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| KEY BRIDGE<br>Acct: 5322 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 4017 | 116.64 | 40.66 | 0.00 | 40.66 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 7519 | 1,063.85 | 390.24 | 0.00 | 390.24 |
| MERRICK BANK<br>Acct: 7147 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT CO<br>Acct: 0003 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYPAL CREDIT++<br>Acct: 8672 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREFERRED AUTO CREDIT/PACE<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTIC VENTURE LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8473 | 661.61 | 242.69 | 0.00 | 242.69 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1082 | 1,811.89 | 664.64 | 0.00 | 664.64 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1851 | 1,260.31 | 462.30 | 0.00 | 462.30 |
| SYNCHRONY BANK<br>Acct: 9837 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3542 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 6023 | 858.60 | 314.95 | 0.00 | 314.95 |
| SYNCHRONY BANK<br>Acct: 0559 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9466 | 6,443.09 | 2,363.45 | 0.00 | 2,363.45 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1325 | 5,226.52 | 1,917.18 | 0.00 | 1,917.18 |
| SYNCHRONY BANK<br>Acct: 1635 | 119.16 | 41.53 | 0.00 | 41.53 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0601 | 2,251.76 | 825.99 | 0.00 | 825.99 |
| SYNCHRONY BANK<br>Acct: 3076 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 7786 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9811 | 3,441.95 | 1,262.57 | 0.00 | 1,262.57 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0434 | 2,951.04 | 1,082.49 | 0.00 | 1,082.49 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 6623 | 0.00 | 0.00 | 0.00 | 0.00 |
| TD BANK USA NA**<br>Acct: 2623 | 1,448.51 | 531.34 | 0.00 | 531.34 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1294 | 2,223.81 | 815.74 | 0.00 | 815.74 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2048 | 2,144.20 | 786.54 | 0.00 | 786.54 |
| TRANSWORLD SYSTEMS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 0919 | 987.55 | 362.25 | 0.00 | 362.25 |
| USAA SAVINGS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-21936 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 1359 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3887 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1922 | | | | |
| UPMC HEALTH SERVICES | 176.45 | 54.14 | 0.00 | 54.14 |
| Acct: 0919 | | | | |
| UPMC PHYSICIAN SERVICES | 380.46 | 125.67 | 0.00 | 125.67 |
| Acct: 2582 | | | | |
| UPMC HEALTH SERVICES | 1,428.46 | 523.99 | 0.00 | 523.99 |
| Acct: 2582 | | | | |
| LVNV FUNDING LLC | 3,245.35 | 1,190.46 | 0.00 | 1,190.46 |
| Acct: 0716 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,047.88 | 751.20 | 0.00 | 751.20 |
| Acct: 7200 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0434 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 21,558.23 |
| TOTAL PAID TO CREDITORS | | | | 115,413.30 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          44,980.64
UNSECURED        58.864.65

Date: 11/29/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com