**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>RICHARD PLAZIO<br><br>Debtor(s) | Case No. 19-21936GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/11/2019.

2) The plan was confirmed on 07/24/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/05/2019, 01/11/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/18/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $80,533.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $124,327.00 |
| Less amount refunded to debtor | $5.01 |
| **NET RECEIPTS:** | **$124,321.99** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,101.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,807.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,908.69** |

Attorney fees paid and disclosed by debtor:    $899.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM INC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY BANK(*) | Priority | NA | NA | NA | 3,874.58 | 0.00 |
| ALLY FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 1,981.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 116.00 | 116.64 | 116.64 | 40.66 | 0.00 |
| CAPITAL ONE** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU** | Unsecured | 3,288.00 | 3,288.37 | 3,288.37 | 1,206.23 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 1,063.00 | 1,063.85 | 1,063.85 | 390.24 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,103.00 | 2,367.14 | 2,367.14 | 868.31 | 0.00 |
| FARMERS NATIONAL BANK | Secured | 68,749.00 | 67,710.69 | 0.00 | 33,110.15 | 0.00 |
| FARMERS NATIONAL BANK | Secured | 0.00 | 898.49 | 898.49 | 898.49 | 0.00 |
| GREATER PITTSBURGH ORTHOPEDIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GS BANK USA | Unsecured | 8,101.00 | NA | NA | 0.00 | 0.00 |
| KEY BRIDGE | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 3,245.35 | 3,245.35 | 1,190.46 | 0.00 |
| LYNN KING & SCHREFFLER PC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT++ | Unsecured | 2,772.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Secured | 34,025.00 | 33,615.70 | 16,780.56 | 16,780.56 | 0.00 |
| PNC BANK NA | Secured | 27,131.00 | 26,722.95 | 26,722.95 | 19,043.04 | 2,087.45 |
| PNC BANK NA | Secured | 0.00 | 578.64 | 578.64 | 578.64 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 308.00 | 308.25 | 308.25 | 107.44 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,216.00 | 1,216.53 | 1,216.53 | 446.25 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 3,115.00 | 3,219.62 | 3,219.62 | 1,181.02 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,944.00 | 3,016.43 | 3,016.43 | 1,106.48 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,428.00 | 1,428.48 | 1,428.48 | 523.99 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 878.00 | 878.00 | 878.00 | 322.06 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 661.00 | 661.61 | 661.61 | 242.69 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,815.00 | 1,811.89 | 1,811.89 | 664.64 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,260.00 | 1,260.31 | 1,260.31 | 462.30 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 801.00 | 858.60 | 858.60 | 314.95 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 6,443.00 | 6,443.09 | 6,443.09 | 2,363.45 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 5,154.00 | 5,226.52 | 5,226.52 | 1,917.18 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 2,047.88 | 2,047.88 | 751.20 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,232.00 | 2,251.76 | 2,251.76 | 825.99 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 3,441.00 | 3,441.95 | 3,441.95 | 1,262.57 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,811.00 | 2,951.04 | 2,951.04 | 1,082.49 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,223.00 | 2,223.81 | 2,223.81 | 815.74 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,144.00 | 2,144.20 | 2,144.20 | 786.54 | 0.00 |
| PREFERRED AUTO CREDIT/PACE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CC | Unsecured | 2,082.00 | 2,109.94 | 2,109.94 | 773.96 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 645.00 | 742.80 | 742.80 | 272.47 | 0.00 |
| QUEST DIAGNOSTIC VENTURE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 92.00 | 119.16 | 119.16 | 41.53 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 1,391.00 | 1,448.51 | 1,448.51 | 531.34 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 0.00 | 1,428.46 | 1,428.46 | 523.99 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 0.00 | 176.45 | 176.45 | 54.14 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 0.00 | 380.46 | 380.46 | 125.67 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 0.00 | 987.55 | 987.55 | 362.25 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 1,512.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Secured | 46,350.00 | 46,531.53 | 0.00 | 17,482.16 | 0.00 |
| USAA SAVINGS BANK++ | Unsecured | 1,952.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $33,110.15 | $0.00 |
|    Mortgage Arrearage | $898.49 | $898.49 | $0.00 |
|    Debt Secured by Vehicle | $44,082.15 | $36,402.24 | $2,087.45 |
|    All Other Secured | $0.00 | $17,482.16 | $0.00 |
| **TOTAL SECURED:** | **$44,980.64** | **$87,893.04** | **$2,087.45** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $3,874.58 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$3,874.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,864.65** | **$21,558.23** | **$0.00** |

| **Disbursements:** | |
|---|---|
|    Expenses of Administration | $8,908.69 |
|    Disbursements to Creditors | $115,413.30 |
| **TOTAL DISBURSEMENTS :** | **$124,321.99** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/29/2022  By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**