IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-21936-GLT |
| Richard Plazio ) | Chapter 7 |
| ) | Docket No. |
| Debtor ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Lauren M. Lamb, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Date: December 5, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201

**PAWB Local Form 30 (07/13)**