**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard Plazio<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0919<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–21936–GLT

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Plazio

7/19/23                                                **By the court:**   Gregory L Taddonio
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21936-GLT |
| Richard Plazio | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Jul 19, 2023 | Form ID: 318JO1 | Total Noticed: 86 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |
| cr | + | Farmers National Bank of Emlenton, 612 Main St, PO Drawer D, Emlenton, PA 16373-0046 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15066702 | | Farmers National Bank of Emlenton, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| 15552148 | + | Glenndale Yearround Property, Owners Association, P.O. Box 89, Flinton, PA 16640-0089 |
| 15066704 | + | Greater Pittsburgh Orthopedics, 5820 Centre Ave, Pittsburgh, PA 15206-3710 |
| 15051070 | + | Hsbc/scusa, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 15051076 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15066714 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15066731 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15549466 | + | Willis & Associates, 201 Penn Center Blvd Suite 310, Pittsburgh PA 15235-5407 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 20 2023 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 20 2023 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 00:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 20 2023 04:13:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 20 2023 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 20 2023 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15051050 | + | Email/Text: backoffice@affirm.com | Jul 20 2023 00:22:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15552169 | + | EDI: GMACFS.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15051051 | + | EDI: GMACFS.COM | Jul 20 2023 04:13:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| | | | Jul 20 2023 04:13:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15051052 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 00:41:27 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15051053 | + | EDI: BANKAMER.COM | Jul 20 2023 04:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15051054 | + | EDI: TSYS2 | Jul 20 2023 04:13:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15051055 | + | EDI: CITICORP.COM | Jul 20 2023 04:13:00 | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15051056 | + | EDI: CAPITALONE.COM | Jul 20 2023 04:13:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15084109 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 00:41:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052011 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 00:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15091598 | + | EDI: CITICORP.COM | Jul 20 2023 04:13:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15051057 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 20 2023 00:22:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15051058 | + | EDI: WFNNB.COM | Jul 20 2023 04:13:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15051059 | + | EDI: WFNNB.COM | Jul 20 2023 04:13:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15051060 | + | EDI: WFNNB.COM | Jul 20 2023 04:13:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15051061 | + | EDI: WFNNB.COM | Jul 20 2023 04:13:00 | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15066698 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 20 2023 00:22:00 | Credit Management Co, 2121 Noblestown Rd, PO BOx 16346, Pittsburgh, PA 15242-0346 |
| 15051062 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 00:41:22 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15051073 | + | EDI: CITICORP.COM | Jul 20 2023 04:13:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15091186 | | EDI: Q3G.COM | Jul 20 2023 04:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15052995 | | EDI: DISCOVER.COM | Jul 20 2023 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15051063 | + | EDI: DISCOVER.COM | Jul 20 2023 04:13:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15051064 | + | EDI: CITICORP.COM | Jul 20 2023 04:13:00 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051066 | + | EDI: AMINFOFP.COM | Jul 20 2023 04:13:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15051067 | + | EDI: CITICORP.COM | Jul 20 2023 04:13:00 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051068 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 20 2023 00:21:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15051069 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 20 2023 00:22:00 | Hsbc Auto, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15051071 | + | Email/Text: bankruptcynotices@keybridgemed.com | | |
| | | | Jul 20 2023 00:22:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15051072 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 20 2023 00:21:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15091677 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 20 2023 00:30:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15051074 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 20 2023 00:30:32 | Merrick Bank, Po Box 1500, Draper, UT 84020-1127 |
| 15051075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 20 2023 00:31:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15089537 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 20 2023 00:21:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15051077 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 20 2023 00:21:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15051078 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 20 2023 00:21:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15187446 | | EDI: PRA.COM | | |
| | | | Jul 20 2023 04:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15091182 | | EDI: PRA.COM | | |
| | | | Jul 20 2023 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15066711 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15051079 | + | Email/Text: bkrpt1019@hotmail.com | | |
| | | | Jul 20 2023 00:21:00 | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15086454 | | EDI: Q3G.COM | | |
| | | | Jul 20 2023 04:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15086455 | | EDI: Q3G.COM | | |
| | | | Jul 20 2023 04:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15051080 | + | EDI: CITICORP.COM | | |
| | | | Jul 20 2023 04:13:00 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15051081 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15051082 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15051083 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15051084 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15051085 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15051086 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15051087 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15051088 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15051089 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15051090 | + | EDI: RMSC.COM | | |
| | | | Jul 20 2023 04:13:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, |

Case 19-21936-GLT   Doc 124   Filed 07/21/23   Entered 07/22/23 00:29:19   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: 318JO1 | Total Noticed: 86 |

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5005 |
| 15051091 | + | EDI: RMSC.COM | Jul 20 2023 04:13:00 | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15051092 | + | EDI: RMSC.COM | Jul 20 2023 04:13:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15051093 | + | EDI: RMSC.COM | Jul 20 2023 04:13:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15051094 | + | EDI: RMSC.COM | Jul 20 2023 04:13:00 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15088502 | + | EDI: AIS.COM | Jul 20 2023 04:13:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15051689 | + | EDI: RMSC.COM | Jul 20 2023 04:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087555 | + | Email/Text: bncmail@w-legal.com | Jul 20 2023 00:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15051095 | + | EDI: LCITDAUTO | Jul 20 2023 04:13:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15051096 | + | EDI: WTRRNBANK.COM | Jul 20 2023 04:13:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15051097 | + | EDI: CITICORP.COM | Jul 20 2023 04:13:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066730 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 20 2023 00:22:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15088125 | | Email/Text: BNCnotices@dcmservices.com | Jul 20 2023 00:21:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15088126 | | Email/Text: BNCnotices@dcmservices.com | Jul 20 2023 00:21:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15084861 | + | Email/Text: RASEBN@raslg.com | Jul 20 2023 00:21:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15051098 | | EDI: USAA.COM | Jul 20 2023 04:13:00 | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15051099 | | EDI: USAA.COM | Jul 20 2023 04:13:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15051100 | + | EDI: USAA.COM | Jul 20 2023 04:13:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15051101 | + | EDI: BLUESTEM | Jul 20 2023 04:13:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 77

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| 15051065 | | Farmers Natl Bk Emlent |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15066686 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15066687 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: 318JO1 | Total Noticed: 86 |

| | | |
|---|---|---|
| 15066688 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15066689 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15066690 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15517823 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15066691 | *+ | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15517824 | *+ | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15066692 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15517825 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15066693 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15066694 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15066695 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15066696 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15066697 | *+ | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15066699 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15066708 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15066700 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15066701 | *+ | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066703 | *+ | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066705 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15066706 | *+ | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15066707 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15066709 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15066710 | *+ | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15066712 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15066713 | *+ | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15066715 | *+ | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066716 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15066717 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15066718 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15066719 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15066720 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15066721 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15066722 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15066723 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15066724 | *+ | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15066725 | *+ | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15066726 | *+ | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15066727 | *+ | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15066728 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15066729 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15066732 | * | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15066733 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15066734 | *+ | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15066735 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15552168 | ##+ | Melissa M. Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |

TOTAL: 2 Undeliverable, 48 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Corey J. Sacca | on behalf of Debtor Melissa M Plazio csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Lauren M. Lamb | on behalf of Joint Debtor Melissa M Plazio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Richard Plazio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Lawrence W. Willis | on behalf of Debtor Richard Plazio ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor PNC BANK N.A. mmiksich@kmllawgroup.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 13